IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ERIC N. GIRÓN-QUILICHINI,<br><br>    Plaintiff<br><br>    v.<br><br>ASTRAZENECA LP a/k/a ASTRA ZENECA PHARMACEUTICALS LP,<br><br>    Defendant | CIVIL NO. 09-1579 (JP) |

**ORDER**

Before the Court is the parties confidential settlement agreement and general release (No. 55). The parties are now requesting that the Court approve their settlement agreement. After examining the settlement agreement, the Court determines that said agreement is a fair and reasonable compromise of the disputed issues under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and Puerto Rico Law 379 of May 15, 1948, P.R. Laws Ann. tit. 29, § 271 *et seq.* As such, the Court **APPROVES** the settlement agreement. Accordingly, the Court will enter a separate Judgment dismissing the complaint with prejudice.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 22nd day of December, 2009.

                                                 S/ Jaime Pieras, Jr.
                                                        JAIME PIERAS, JR.
                                       U.S. SENIOR DISTRICT JUDGE